**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WELDED CONSTRUCTION, L.P., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12378 (LSS)<br><br>(Jointly Administered) |
| WELDED CONSTRUCTION, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>THE WILLIAMS COMPANIES, INC., WILLIAMS PARTNERS OPERATING LLC, and TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC,<br><br>Defendants. | Adv. Pro. No. 19-50194 (LSS) |
| TRANSCONTINENTAL GAS PIPE LINE COMPANY, LLC,<br><br>Appellant/Cross-Appellee,<br><br>v.<br><br>WELDED CONSTRUCTION, L.P.,<br><br>Appellee/Cross-Appellant | C.A. No. 25-00199 (CFC)<br><br>C.A. No. 25-00638 (CFC) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Welded Construction, L.P. (5008) and Welded Construction Michigan, LLC (9830). The mailing address for each of the Debtors is P.O. Box 470, Perrysburg, OH 43552-0470.

**STIPULATION OF DISMISSAL**

Appellant/Cross-Appellee Transcontinental Gas Pipe Line Company, LLC and Appellee/Cross-Appellant Welded Construction, L.P., by and through their undersigned counsel, pursuant to Rule 8023(a) of the Federal Rules of Bankruptcy Procedure, hereby stipulate to the dismissal of the above-captioned appeals, with prejudice, and with each side to bear their respective costs.

Dated: April 23, 2026

**SAUL EWING LLP**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
john.demmy@saul.com

-and-

**WATT TIEDER HOFFAR & FITZGERALD, LLP**
Shelly L. Ewald, Esq. (*pro hac vice*)
Jonathan C. Burwood (*pro hac vice*)
Jennifer L. Kneeland (*pro hac vice*)
1765 Greensboro Station Place, Suite 1000
McLean, VA 22101
Telephone: (703) 749-1000
Emails: sewald@watttieder.com
jburwood@watttieder.com
jkneeland@watttieder.com

-and-

**DAVIS POLK & WARDWELL LLP**
Andrew Ditchfield
Marc J. Tobak
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4000
andrew.ditchfield@davispolk.com
marc.tobak@davispolk.com

*Counsel to Appellant/Cross-Appellee Transcontinental Gas Pipe Line Company, LLC*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Michael S. Neiburg*
Sean M. Beach (No. 4070)
Kevin A. Guerke (No. 4096)
Michael S. Neiburg (No. 5275)
Travis G. Buchanan (No. 5595)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256
Emails: sbeach@ycst.com
kguerke@ycst.com
mneiburg@ycst.com
tbuchanan@ycst.com

*Counsel to Appellee/Cross-Appellant Welded Construction, L.P.*